O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#13/14/JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3811 PSG (PLAx) | Date | September 28, 2009 |
|---|---|---|---|
| Title | Kyung Ja Pae v. Capstone Lending Corp., *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order Granting Defendant Countrywide Home Loans, Inc.'s and Defendant Bank of America, N.A.'s Motion to Dismiss Complaint and Expunge Notice of Pendency of Action or, in the Alternative, for a More Definite Statement**

On May 28, 2009, Plaintiff Kyung Ja Pae ("Plaintiff") filed this suit against Defendants Capstone Lending Corp., Countrywide Home Loans, Inc., and Bank of America, N.A., asserting claims for 1) violation of the Truth in Lending Act, 15 U.S.C. § 1601; 2) violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601; 3) fraud; 4) breach of contract; 5) breach of the implied covenant of good faith and fair dealing; and, 6) violation of California Civil Code § 2923.6.  On June 12, 2009, Plaintiff filed a Notice of Pendency of Action (Lis Pendens) with respect to the real property allegedly at issue in the suit, a property located at 4556 Maplewood Avenue, in Los Angeles, California.  *See Notice of Pendency of Action* (Dkt. # 5).

On August 31, 2009, Defendants Countrywide Home Loans, Inc. and Bank of America, N.A. brought the instant Motion to Dismiss Complaint and Expunge Notice of Pendency of Action, or in the alternative, for a More Definitive Statement ("Motion").  Under Local Rule 7-9, Plaintiff was required to file and serve an opposition to Defendants' Motion by September 14, 2009.  Plaintiff did not file an opposition by that date.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of Defendants' Motion.  *See* L.R. 7-12.  Accordingly, the Court grants Defendants' Motion to dismiss the Complaint.

Moreover, California Code of Civil Procedure § 405.32 provides that a "court shall order that the notice [of pendency of action] be expunged if the court finds that the claimant has not

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#13/14/JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3811 PSG (PLAx) | Date | September 28, 2009 |
|---|---|---|---|
| Title | Kyung Ja Pae v. Capstone Lending Corp., *et al.* | | |

established by a preponderance of the evidence the probable validity of the real property claim." Cal. Civ. Proc. § 405.32.  Defendants' Motion challenges the propriety of the notice of pendency of action filed by Plaintiff on June 12, 2009.  In failing to file a timely opposition, Plaintiff has failed to demonstrate by a preponderance of the evidence the probable validity of her real property claims.  The Court therefore grants Defendants' Motion to expunge the notice of pendency of action.

Based on the foregoing, this Court:

1. GRANTS Defendants' Motion to Dismiss Plaintiff's Complaint with prejudice;[1]

2. dismisses the action in its entirety; and

3. GRANTS Defendants' Motion to Expunge Notice of Pendency of Action.

**IT IS SO ORDERED.**

---

[1] Pursuant to Federal Rule of Civil Procedure 4(m), the Court also dismisses Defendant Capstone Lending Corp., a California Corporation.